# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
           Petitioner,

vs.

THE LAS VEGAS JUSTICE COURT OF
THE STATE OF NEVADA, IN AND FOR
THE COUNTY OF CLARK; AND THE
HONORABLE MELISSA SARAGOSA,
JUSTICE OF THE PEACE,
           Respondents,

and

JOHN MERZANIS,
           Real Party in Interest.

No. 68291

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING WRIT PETITION*

This is an original petition for writ of mandamus or prohibition challenging a justice court's diversionary adjudication of misdemeanor DUI offenses using a nonstatutory veteran's court.

On December 16, 2015, this court ordered real party in interest to file an answer to the petition. Real party in interest has filed a motion to reconsider the order directing answer, indicating that the petition is moot as concerns real party in interest. Petitioner filed a joinder to the motion, indicating that the entire issue is moot and requesting that the petition be dismissed.

Cause appearing, we grant real party in interest's motion for reconsideration and we vacate our December 16, 2015, order directing an

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07041

answer to the writ petition. Further, as it appears the issue raised in this writ petition has been rendered moot, we

ORDER this writ petition DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Hon. Melissa Saragosa, Justice of the Peace
Attorney General/Carson City
Clark County District Attorney
William B. Terry, Chartered
Eighth District Court Clerk